MORRIS FRIEDMAN, as Administrator of the Estate of HERBERT FRIEDMAN, Deceased, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued April 12, 1945; decided May 24, 1945.

814

*Emil K. Ellis, Jonas Ellis* and *Judd L. Beckoff* for appellant. *Ignatius M. Wilkinson, Corporation Counsel (Murray Sendler* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, and DYE, JJ.   Taking no part: THACHER, J.